

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY 20 PM 4: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| DIESELMOTORENWERK ROSTOCK | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 02-0867 |
| LUMAR (BARCELONA), S.A., | * | SECTION "F" |
| *in personam* | * | JUDGE FELDMAN |
| | * | DIVISION 3 |
| | * | MAGISTRATE JUDGE KNOWLES |

**************************************

## OPPOSITION TO MOTION FOR SANCTIONS

**MAY IT PLEASE THE COURT:**

Defendants, Lumar (Barcelona), S.A. and Creek Marine Ltd. (collectively referred to as "Lumar"),[1] respectfully request that the Court deny Dieselmotorenwerk Rostock's (hereinafter "DMR") Motion for Sanctions as Lumar and Creek have complied with the Court's Order of September 27, 2002.

In its Order of September 27, 2002, the Court ruled that documents responsive to DMR's Request for Production of Documents should be produced for the period of January 1999 through present, a period of over four years.

---

[1] Appearing specially pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

In an effort to comply with the Court's Order, Lumar produced documents responsive to DMR's request and advised DMR that some of its requests for documents were voluminous in nature. Undersigned counsel advised counsel for DMR that the documents would be made available in Barcelona, Spain prior to the depositions. Not until recently did DMR object to this cost-effective procedure.

Under Rule 34 of the Federal Rules of Civil Procedure, documents can be provided by allowing the requesting party to inspect and copy the documents at a mutually convenient time and date. This is done where the requested material is so voluminous that copying and transporting it would prove unduly burdensome and oppressive or when the distance between the parties is great. *Niagra Duplicator Co. v. Shackleford*, 160 F.2d 25 (D.C. Cir. 1947).

In the instant action, a bankrupt German company is suing a Spanish management company and a Maltese vessel-owing company under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. The documents requested are for the most part located in Barcelona, Spain. Defendants have provided two sets of deposition dates (June 25-27 and/or July 16-18, 2003) in order to provide DMR with the adequate time to take the depositions and review the requested documents. To require these foreign companies to produce voluminous documents and pay for the transport and copying of same would be overly burdensome and oppressive and against the spirit of the Federal Rules of Civil Procedure.

Undersigned counsel and counsel for DMR have conducted discovery consisting of record depositions of the agent for the defendants in Houston, Texas, and New Orleans, Louisiana. These documents could not be copied in full as they were so voluminous and would have made it overly burdensome and oppressive for the parties involved. The documents reviewed in Houston and New

Orleans are similar in nature to the documents requested by DMR in its Request for Production of Documents. Lumar has provided all of the documents it has in its possession which respond to DMR's Request for Production of Documents that are not voluminous.

Accordingly, Lumar has complied with Rule 34 of the Federal Rules of Civil Procedure and with this Court's Order of September 27, 2002. Lumar is not required to produce voluminous documents in order to comply with DMR's fishing expedition. DMR may view the documents prior to the depositions scheduled in Barcelona, Spain on the dates of June 25-27 and/or July 16-18, 2003.

Wherefore, Lumar (Barcelona), S.A. and Creek Marine Ltd. respectfully request this Honorable Court deny DMR's Motion for Sanctions as they have complied with the Court's Order of September 27, 2002.

Respectfully submitted,

THOMAS H. KINGSMILL, III, T.A. (#7406)
DELOS E. FLINT, JR. (#5616)
DANIEL LICHTL (#26385)
FOWLER, RODRIGUEZ, KINGSMILL,
FLINT, GRAY & CHALOS, L.L.P.
36th Floor, 201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorneys for Lumar (Barcelona) S.A. and
Creek Marine Limited

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 20 day of May, 2003, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid.

_____