"Certification of Funds in the Registry"

PRINCIPAL: $ 250.00

Financial Deputy: K Haley Date: 6/15/05

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2005 JUN 17 AM 9: 44
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIESELMOTORENWERK ROSTOCK | * CIVIL ACTION |
| VERSUS | * NO. 02-0867 |
| LUMAR (BARCELONA), S.A., *in personam* | * SECTION "F" |
| | * MAGISTRATE (2) |

### ORDER

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Dieselmotorenwerk Rostock's Motion to Withdraw Funds from the Treasury Registry of the Court be and is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue a check in the amount of TWO HUNDRED AND FIFTY AND 00/100 ($250.00) DOLLARS, made payable to Chaffe McCall, L.L.P., as attorneys for Dieselmotorenwerk Rostock, to be mailed to Derek A. Walker, Chaffe McCall, L.L.P., 1100 Poydras Street, Suite 2300, New Orleans, Louisiana 70163.

New Orleans, Louisiana, this 16th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

725096_1.DOC                    3